UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN BROOKS #120387     CIVIL ACTION

versus     NO. 06-2033

N. BURL CAIN, WARDEN,     SECTION: "M" (1)
LOUISIANA STATE PENITENTIARY

## O R D E R

The Court GRANTS Petitioner's Motion under FRCP Rule 60B, (rec. doc. #24), and vacates its Order and Judgment dated October 9, 2007 (rec. docs.#20,21).

Notwithstanding the above, the Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Objections filed by Petitioner (rec. doc. #23), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **John Brooks** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  20th  day of  December , 2007.

UNITED STATES DISTRICT JUDGE