```
                              FILED
                         U.S. DISTRICT COURT
                         EASTERN DISTRICT OF LA

                         2008 MAR 26  AM 7: 22

                           LORETTA G. WHYTE
                                CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN BROOKS #120387            CIVIL ACTION

VERSUS            NO. 06-2033

N BURL CAIN            SECTION "M" (1)

### CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

☐ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____
_____

☑ a certificate of appealability shall not be issued for the following reason(s): _petitioner has not made a substantial showing of the denial of a constitutional right_

Date: 3/25/08

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____